WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 11-0113-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lisa Rajaphone Sayamontry, | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's motion to reduce sentence under 18 U.S.C. § 3582(c)(2). Because this case is on appeal, this Court does not have jurisdiction to consider the motion. Alternatively, if the Court were to reach the merits of the motion, the Court finds this motion should be denied for the reasons stated in the Government's response.

Based on the foregoing,

**IT IS ORDERED** that the motion for reduction of sentencing pursuant to 18 U.S.C. § 3582 (Doc. 139) is denied.

**IT IS FURTHER ORDERED** that, for the reasons indicated above, the second motion for reduction of sentence (Doc. 148) is also denied.

DATED this 2nd day of January, 2013.

James A. Teilborg
United States District Judge